01
02
03
04
05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 SIMON OFFORD, III,           )   CASE NO.: C07-1554-RAJ
                                )
09     Petitioner,              )
                                )
10     v.                       )   ORDER DISMISSING
                                )   § 2254 PETITION
11 TIMOTHY WENGLER,             )
                                )
12     Respondent.              )
   _____)
13

14   The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's

15 answer to the petition, the Report and Recommendation ("R&R") of the Honorable Mary Alice

16 Theiler, United States Magistrate Judge, petitioner's objections to the R&R, and the balance of

17 the record, does hereby find and ORDER:

18   (1)   The Court adopts the R&R;

19   (2)   Petitioner's federal habeas petition (Dkt. # 4) is DISMISSED, with prejudice,

20         under 28 U.S.C. § 2244(d);

21   (3)   Petitioner's motion for an evidentiary hearing (Dkt. # 16) and motion to appoint

22         counsel for the evidentiary hearing (Dkt. # 17) are DENIED; and

ORDER DISMISSING § 2254 PETITION
PAGE -1

(3)  The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 25th day of April, 2008.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING § 2254 PETITION
PAGE -2